APPENDIX A
COMPLAINT FORMAT

RECEIVED
2011 MAR -4  A 11:42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
### _____ DIVISION

(Name of Plaintiff) :
**Plaintiff :**

**RORY M. DAUGHTRY**
:
**vs.**                                        Civil Action No  1:11CV153-WKW
:
:
(Name of Defendant(s)) :                       **I DO REQUEST A JURY TRIAL**
**Defendants:**

**ARMY FLEET SUPPORT LLC. ( AFS )**

**ESIS / ACE INSURANCE CO.**

**DISTRICT 75 OF THE INTERNATIONAL MACHINIST UNION**

**LODGE 2003 OF THE INTERNATIONAL MACHINIST UNION**

**COMPLAINT**
(Double space text of complaint)

1.
(Grounds for jurisdiction)

- HAVE BEEN ISSUED A RIGHT TO SUE LETTER BY THE OFFICE OF CONTACT COMPLIANCE WITH THE US DEPARTMENT OF LABOR.

- ARMY FLEET SUPPORT IS A CIVILIAN FEDERAL SERVICE, AIR CRAFT MAINTENANCE CONTRACTOR, AT FT RUCKER, ALABAMA.

- FT. RUCKER IS A FEDERAL ENCLAVE

- IAM LODGE 2003 IS OUR BARGAINING UNIT

   WE ARE A PART OF

- DISTRICT 75 OF THE International Association of Machinists and Aerospace Workers AFL-CIO

- WE ARE A CLOSED SHOP

- THERE ARE OVER 4300 EMPLOYEES ON OUR AFS CONTRACT,

- WE DO FALL UNDER THE FEDERAL SERVICE CONTRACT ACT OF 1965.

2.
(Show plaintiff's name(s) and residence or address)

RORY M. DAUGHTRY
728 SMITH AVE.
ELBA, ALABAMA 36323

3.
(Show defendant(s) name(s) and address(es))

Army Fleet Support, LLC
903 Quartermaster Road,
Fort Rucker, Alabama 36362

- ESIS AGL Southeast Hub
P.O. Box 5128

Scranton, PA 18505-0560

Phone: 678 795-4000, 800 250-1648
Fax: 800 517-7538

•

Local Lodge 2003
International Association of Machinists
and Aerospace WorkersAFL-CIO
222 Donnell Blvd.
Daleville, AL 36322

Phone:
(334) 598 - 6308
(334) 598 - 1746

Fax:
(334) 503 - 9503

•

District 75 IAM&AW
502 Plaza Drive
Enterprise, Al 36330
Our Office hours are Monday-Friday
8am until 4pm
Telephone
334-347-4085
or
334-347-4086
or
334-347-4087
Fax Number is  334-347-4088

(4)

(State briefly your legal claim or your reason for filing suit. Include the statue under which the suit is filed.)

I HAVE BEEN DISCRIMINATED AGAINST BY AFS AND OTHERS WITH MIXED MOTIVES BECAUSE OF PERMANENT PARTIAL DISABILITIES I SUFFERED IN TWO WORK RELATED INJURIES TO BOTH SHOULDERS .

- I HAVE BEEN EMOTIONALLY , PHYSICALLY ,AND FINANCIALLY DESTROYED, AND BECAUSE OF THIS I HAVE BEEN DEPRIVED OF MY UNALIENABLE RIGHTS OF LIFE , LIBERTY AND PURSUIT OF HAPPINESS.

- CIVIL RIGHTS ACT OF 1964 (REVERSE DISCRIMINATION)

EEO OFFICER FOR THE COMPANY : " HE IS NOT COVERED BY THE ADA BECAUSE OF HIS RACE ".

- SECTION 503 OF THE REHABILITATION ACT OF 1973

REFUSAL TO ACCOMMODATE

-

*The U.S. Equal Employment Opportunity Commission*

EEOC NOTICE  Number 915.002

EEOC Enforcement Guidance: Workers' Compensation and the ADA

DISCRIMINATION BECAUSE I WAS INJURED ON THE JOB , TWICE .

REFUSAL TO ACCOMMODATE .

RETALIATION FOR FILING WORKERS COMP LAW SUITS.
Title 29: Labor

PART 4—LABOR STANDARDS FOR FEDERAL SERVICE CONTRACTS
(e)(1) : ,(2):, 2(b):,(3):, (4),: (5)

- ALL THOSE INVOLVED COLLECTIVELY AND INDIVIDUALLY, HAVE FAILED IN THEIR STATUTORY DUTY TO ENFORCE THE ANTI DISCRIMINATION LAWS THAT DO APPLY AN SHOULD BE HELD ACCOUNTABLE TO THE FULLEST EXTENT OF THE LAW .

- AMERICANS WITH DISABILITIES ACT OF 2008

  AMERICANS WITH DISABILITIES ACT OF 1990

- DISCRIMINATION WITH FORETHOUGHT , MIXED MOTIVES , MALICE
- AND RECKLESS INDIFFERENCE TO THE LAWS THAT DO APPLY, AND MY SAFETY.

- National Labor Relations Act (NLRA) ,Section 8(a)(5)

  GC Memorandum 92-9  ,The Duty to Bargain Under the NLRA and the Duty to Comply With the ADA Under Section 8(a)(5) of the National Labor Relations Act (NLRA)

- THE UNION HAS FAILED IN THEIR STATUTORY DUTIES TO ACT IN THE BEST INTEREST OF THOSE THEY REPRESENT .

- THERE IS CONTRACTUAL LANGUAGE IN OUR CBA THAT DOES TEND TO ALLOW DISCRIMINATION .THIS LANGUAGE HAS BEEN IN OUR CBA FOR YEARS , BY NOT CORRECTING THIS , HUNDREDS OF EMPLOYEES HAVE BEEN DISCRIMINATED AGAINST OVER THE YEARS.

(5)
(Give a brief, concise statement of the specific facts involved in your case)

- ARMY FLEET SUPPORT LLC. ( AFS ) AND ESIS / ACE INSURANCE CO. , WITH, FORETHOUGHT, MALICE AND RECKLESS INDIFFERENCE, DID WITH MIXED MOTIVES ,DID INTENT ALLY CONSPIRE AND SCHEME TO INFLICT EMOTIONAL AND FINANCIAL DISTRESS BECAUSE OF A LONG OVER DUE, WORKERS COMP. SETTLEMENT I WAS ENTITLED TO, DUE TO, WORK RELATED INJURY'S I SUFFERED TO MY LEFT SHOULDER , AUG 19 , 2005 ,FOR WHICH I DID HAVE TWO SURGERIES, WHILE EMPLOYED BY AFS. , AND THEY DID LEAVE ME PERMANENTLY PARTIALLY DISABLED.

- I DID NOT HAVE AN ATTORNEY AT THIS TIME .

- AFS AND ESIS DID , WITH MIXED MOTIVES ,CONSPIRE AND SCHEME TO DIRECT OTHERS , TO NO LONGER ACCOMMODATE ME , AS THEY HAD DONE FOR ALMOST TWO YEARS AS AN AIR CRAFT MECHANIC <u>ASSIGNED</u> (SENIORITY IS NOT RELEVANT ), TO THE WORK AREA OF, PARTS TURN- IN , A LIGHT TO MEDIUM JOB (SENIORITY IS NOT RELEVANT ), THIS IS A FUNCTION OF AN AIRCRAFT MECHANIC.

- ON OCTOBER 16, 2008 , THE COMPANY DID USE INTIMIDATION AND COERCION IN REGARD TO MY WORKERS COMP SETTLEMENT, THAT WAS CONTINGENT ON IF I TOOK A JOB WITH A 41.61% ( $11.27) CUT IN PAY, OR GO HOME . .

- THE ONLY JOB WHICH I WAS GIVEN THE OPTION OF TAKING , WAS AS AN AIR CRAFT MONITOR , IS IN AN UNCONTROLLED ENVIRONMENT ,

- THIS WAS ATTEMPTED CONSTRUCTIVE DISCHARGE .THE JOB HAD THE TRUE PHYSICAL REQUIREMENTS THAT WERE WAY BEYOND THE PERMANENT RESTRICTIONS I HAD , OF NO LIFTING OVER 15 TO 20 POUNDS , NO CLIMBING , AND NO OVER HEAD OR ABOVE SHOULDER HIGH WORK, PLACED ON ME BY MY DOCTOR OF RECORD BECAUSE OF MY WORK RELATED INJURIES.
- I INFORMED THE COMPANY OF THIS AND SO DID THE SUPERVISOR OVER THE MONITORS.
- I WAS NOT OFFERED ANY OTHER OPTIONS, THERE WAS NO INTERACTIVE PROCESS , ALSO THE COMPANY HAD NOT CONTACTED THE UNION ABOUT THIS ACTION AS REQUIRED BY OUR CBA.
- THE COMPANY SUBJECTED ME TO A PHYSICAL THAT HAD NOTHING TO DO WITH PHYSICAL ABILITY ( APU PHYSICAL).
- THEY THEN USED THIS PHYSICAL TO SAY THAT I HAD NO RESTRICTIONS OR DISABILITIES THAT WOULD PREVENT ME FROM BEING A MONITOR AND I COULD WORK ALL THE OVER TIME I COULD GET.
- THE GOVERNMENT CONTRACT REQUIRES THAT NON CREW MEMBERS SUCH AS MONITORS THAT HAVE TO FLY IN A HELICOPTER , MUST HAVE A" CLASS III FLIGHT PHYSICAL" .
- I HAD NOT BEEN ALLOWED TO WORK ANY OVER TIME SINCE AUGUST 20 , 2005 , AS A MECHANIC BECAUSE OF MY PERMANENT RESTRICTIONS ,UP UNTIL NOVEMBER 3 , 2008, AT WHICH TIME ,THE

COMPANY SAID THAT , AS A RESULT OF THE "APU PHYSICAL" I HAD NO RESTRICTIONS AS A MONITOR THAT WOULD PREVENT ME FROM WORKING OVER TIME .

- IF THIS IS SO WHY COULD IN NOT WORK OVER TIME AS A MECHANIC?
- AS A RESULT OF THEIR DISPARATE TREATMENT AND NEGLIGENCE per se , WITH MIXED MOTIVES,  I WAS INJURED AGAIN FEBRUARY 3 , 2009.
- THIS TIME TO MY RIGHT SHOULDER AND I DID HAVE TO HAVE SURGERY ON IT AND I AM PERMANENTLY PARTIALLY DISABLED IN THIS SHOULDER AS A RESULT.
- AFTER FEBRUARY 4 , 2009 I WAS NO LONGER ALLOWED TO WORK OVER TIME .
- THE MONITOR JOB REQUIRES A LOT OF OVER TIME , MOST MONITORS HAVE WELL OVER A THOUSAND HOURS IN A YEARS TIME.
- AS A RESULT OF THE LOST EXTRA INCOME WHICH PUT ME IN FURTHER  EMOTIONAL AND FINANCIAL DISTRESS , I HAD A HEART ATTACK  SEPTEMBER 5 , 2010 ,WHILE TRYING TO FIGURE OUT HOW TO PAY MY BILLS AND  I HAD RUN OUT OF MY HEART MEDICATION BECAUSE I COULD NOT AFFORD TO PAY FOR IT. MY HOME OF OVER 23 YEARS ,WAS  IN FORECLOSURE FOR THE SECOND TIME , AND I HAD CREDIT CARD COMPANIES TAKING ME TO COURT .
- BECAUSE OF THE SECOND INJURY I HAVE BEEN UNABLE TO SLEEP IN A BED SINCE FEBRUARY 4 , 2009 , BECAUSE OF PAIN.

- DECEMBER 7, 2009, I DID DISCOVER THERE WAS ANOTHER JOB I COULD HAVE BEEN OFFERED OCTOBER 16, 2008, AS A PRODUCTION CONTROL CLERK, THAT WAS IN AN OFFICE ATMOSPHERE AND IT WOULD HAVE BEEN SAFE. ALSO IT PAID LESS THAN TREE DOLLARS LESS THAN WHAT I WAS MAKING AS A MECHANIC. I WAS NEVER ASKED IF I COULD TYPE OR USE A COMPUTER.
- I HAD BEEN USING A COMPUTER AT SINCE 2002 AT HOME, AND AT WORK FOR ALMOST TWO YEARS..
- THERE WERE THREE POSITIONS FILLED IN THAT CLASSIFICATION, AND I DID HAVE SENIORITY OVER ALL THAT GOT THE JOBS,
- THE COMPANY'S EEO OFFICER, HAS STATED BEFORE WITNESSES, THAT I AM NOT COVERED BY THE AMERICANS WITH DISABILITY'S ACT BECAUSE OF <u>MY RACE.</u>
- THE, COMPANY'S WORKERS COMP COORDINATOR, HAS STATED BEFORE WITNESSES, THAT I AM NOT COVERED BY THE AMERICANS WITH DISABILITY'S ACT, BECAUSE IT IS A <u>WORKERS COMP RELATED ISSUE</u>.
- THE COMPANY HAS REFUSED ALL OF MY ATTEMPTS AT AN INTERACTIVE PROCESS AND REQUEST TO BE ACCOMMODATED BACK IN TO A POSITION AND WORK AREA THAT I COULD, AND HAVE PREFORMED THE DUTIES OF THE ASSIGNED POSITION AND WORK AREA.
- I DO HAVE THE SENIORITY TO HOLD THE POSITION AS AN AIR CRAFT MECHANIC, <u>ASSIGNED</u> TO PARTS TURN - IN.

- THE UNION HAS DONE NOTHING TO TRY AND HELP ME .

- I HAD TO THREATEN THE UNION WITH A LAW SUIT IN ORDER TO GET THEM TO ACCEPT AND FILE A GRIEVANCE THAT I HAD WRITTEN MY SELF IN NOVEMBER 2008 , BECAUSE NO UNION OFFICIAL OFFERED TO FILE ONE ON MY BEHALF. THEY DID AGREE THAT IT SHOULD GO TO ARBITRATION , BUT THEN I HAD TO THREATEN THEM AGAIN BECAUSE THEY KEPT LETTING IT SET WITH NO ACTION .

- IT FINALLY WENT TO ARBITRATION FEBRUARY 9 , 2010.

- IN A RAMBLING AMBIGUOUS WAY THE ARBITRATOR DID NOTE THAT THE COMPANY DID VIOLATE OUR CBA.

ARBITRATOR, P. 36, ( VIOLATION OF 35.14 ? )
"The Union pointed out that the managers on several occasions called the Grievant into their offices and required him to make decisions, decisions which were against his best interests. Clearly, this is not a proper way to deal with employees. There should have been a Union Representative to whom the Grievant could have turned for advice."

ARBITRATOR, P. 36, (VIOLATION OF , 2.3 ; 4 . 2 ; 17. 13 ; 35.14 ; ? )
Finally, the Union described a job which could properly be called "sedentary," namely the "Production Control Position." And according to the Union, the employee who held this job would not have to be an expert in the area of computers. That is a training period would be brief and simple.

- I WAS ENTITLED TO RETRAINING UNDER ALABAMA WORKERS COMP LAW .

ARBITRATOR, P. 36, With the Grievant experiences in "parts-turned-in," he would be more valuable than a new-hire, who had no such experience. However, this is a decision the Company has a right to make. The Contract gives the Arbitrator no authority to order the Company to give anyone this job.

- I QUESTION THE ABOVE  STATEMENT.

- WHAT IS THE PURPOSE OF ARBITRATION IF THE GRIEVED EMPLOYEE CAN NOT BE MADE WHOLE ?

- HE DID RULE AGAINST ME FOR A VERY QUESTIONABLE , BIASED

REASON .

( ARBITRATOR P.36, " **As the Company pointed out, <u>this would establish a precedent which could comeback on the Company if and when any other employee found himself in the same circumstances</u>**" ).

- HIS RULING DID HAVE THE CAUSE AND EFFECT OF MODIFYING AND

  NULL AND VOIDING CERTAIN LANGUAGE OF OUR CBA.
  MAINLY:

**2.3 NO DISCRIMINATION**
There shall be no discrimination in regard to tenure, terms or conditions of employment because of race, color, sex, marital status, age, religion, national origin, ancestry, handicap, or because the individual is disabled or Vietnam Era veteran, or a veteran of the U.S. armed forces provided that it shall not be considered as discrimination under this Article unless it is also discrimination under applicable federal or state law.

- I DID REQUEST THE UNION TO APPEAL HIS RULING BUT THEY

  REFUSED .

Eleventh Circuit in Brown v. Rauscher Pierce Refnses, Inc., 994 F.2d 775 (11th Cir. 1994) and the Second Circuit in Diapulse Corp. of America v. Carba, Ltd., 626 F.2d 1108 (2d Cir. 1980) trigger vacatur only when a court concludes that implementation of the arbitral result (typically, effectuation of the remedy directed by the arbitrator) compels one of the parties to violate a <u>well-defined and dominant public policy,</u> a determination which does not require a reviewing court to evaluate the merits of the arbitration award. Instead, the court need only ascertain whether confirmation of, or refusal to vacate an arbitration award, and a judicial order directing compliance with its terms, will place one or both of the parties to the award in violation of the subject public policy. If it would, the award must be vacated. If it does not, vacatur is not warranted. For a full discussion of the evolution and application of the public policy exception in the labor arbitration sphere, see Stephen L. Hayford and Anthony V. Sinicropi, The Labor Contract and External Law: Revisiting the Arbitrator's Scope of Authority, 1993 J. Disp. Resol. 249.
*Punitive damages* Provision of arbitration agreement prohibiting award of punitive damages unenforceable where underlying statute permits such award. *Booker v. Robert Half Intern., Inc.*, 413 F.3d 77 (D.C. Cir. 2005); *Hadnot v. Bay, Ltd.*, 344 F.3d 474, 478 n.14 (5th Cir. 2003).
- 

- THE UNION HAS BEEN AIDING AND ABETTING THE COMPANY TO

  DISCRIMINATE AGAINST THE DISABLED .

- IN DECEMBER 2009 ,I WAS TOLD BY A UNION OFFICIAL THAT, THE

  UNION HAS ALLOWED OVER THE YEARS ,THE COMPANY TO

  DISCRIMINATE , BY HOLDING ME AND OTHERS TO  PHYSICAL

STANDARDS THAT HAVE NOT BEEN MADE A PART OF OUR OFFICIAL JOB DESCRIPTIONS, NOR AGREED TO IN NEGOTIATIONS, IN RETURN FOR CONSIDERATIONS OR AS BARGAINING CHIPS IN DISCIPLINARY ACTIONS AND NEGOTIATIONS.

- THERE IS A LIST OF HUNDREDS , THAT HAVE BEEN ACCOMMODATED AND NOT ACCOMMODATED .

**27.2 NO MATERIAL CHANGES**
The job descriptions for job classifications listed in Article 19 will remain in effect with no change in the material content of the job descriptions, except for changes mutually agreed to by the parties through negotiations.

- THE COMPANY HAS REFUSED TO ALLOW ME TO WORK SINCE NOVEMBER 19 , 2009 , FOR NO LEGAL OR JUSTIFIABLE REASON ,OTHER THAN A RETALIATORY ACTION FOR FILING CHARGES AGAINST THE COMPANY WITH THE OFFICE OF CONTRACT COMPLIANCE , AND FILING TWO WORKERS COMP SUITS , AND TO INFLICT MORE EMOTIONAL AND FINANCIAL DISTRESS .
- I SHOULD HAVE BEEN PLACED BACK ON WORKERS COMP.
- THERE HAS BEEN NO INTERACTIVE PROCESS AGAIN.
- THIS WAS DONE TO INFLICT MORE EMOTIONAL AND FINANCIAL DISTRESS SO THAT I WOULD HAVE TO ACCEPT A LOWER WORKERS COMP SETTLEMENT.
- **THEY DID SUCCEED !**
- THE COMPANY AND THE UNION HAVE FAILED THEIR STATUTORY DUTY UNDER FEDERAL LAWS TO ABIDE BY AND ENFORCE ALL FEDERAL LAWS AGAINST DISCRIMINATION AND OUR COLLECTIVE

BARGAINING UNIT CONTRACT AGREEMENT.

I RORY M. DAUGHTRY CERTIFY THAT ALL ABOVE STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

6.

(State the relief you are requesting.)

- TO BE MADE WHOLE WITH ALL THAT IT WOULD IMPLY UNDER LAW.

- TO INCLUDE ALL TAXES AND LEVIES THAT MAY BE ASSESSED AGAINST ME.

- THEY PAY ALL THE DAMAGES AND PENALTIES THAT I MAY BE ENTITLED TO UNDER LAW.

- THEY PAY ALL EXPENSES AND ATTORNEY FEES AS MAY BE REQUIRED .

- THAT ALL THOSE COLLECTIVELY AND INDIVIDUALLY INVOLVED, KNOWN AND UNKNOWN BE HELD ACCOUNTABLE TO THE FULLEST EXTENT OF THE LAW FOR THEIR ACTIONS AGAINST ME .

- THAT THE UNION AND THE COMPANY BE REQUIRED TO REMOVE ALL LANGUAGE FROM OUR CBA THAT COULD IN ANY WAY BE USED TO DISCRIMINATE AGAINST ANY ONE FOR ANY REASON.

(Signature and date), pro se

*Rory M Daughtry*   3-4-2011

(Address )

728 SMITH AVE

ELBA , ALABAMA  36323

(Phone Number) 334-406-6891

RMD