IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| RORY M. DAUGHTRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:11cv153-MHT |
| | ) | (WO) |
| ARMY FLEET SUPPORT, LLC, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the motion to strike (Doc. No. 147) is denied.

DONE, this the 15th day of February, 2013.

　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE