```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


RORY M. DAUGHTRY,              )
                               )
    Plaintiff,                 )
                               )         CIVIL ACTION NO.
    v.                         )           1:11cv153-MHT
                               )                (WO)
ARMY FLEET SUPPORT, LLC,       )
et al.,                        )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motions for summary judgment (Doc. Nos. 103, 106, and 109), filed by defendants Army Fleet Support, LLC, L-3 Communications Corporation., ACE American Insurance Company, ESIS, Inc., Tammie Maddox (a/k/a Tammy Maddox), Michelle Kelton, Ruth Mann, and the International Association of Machinists and Aerospace Workers, District 75, are granted.

(2) Judgment is entered in favor of defendants Army Fleet Support, LLC, L-3 Communications Corporation, ACE

American Insurance Company, ESIS, Inc., Tammie Maddox (a/k/a Tammy Maddox), Michelle Kelton, Ruth Mann, and the International Association of Machinists and Aerospace Workers, District 75 and against plaintiff Rory M. Daughtry, with plaintiff Daughtry taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Daughtry, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of February, 2013.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE