North Royal St.
Mobile, AL 36602
Main (251) 433-8777
Fax (251) 433-2679

# PLC
## PROLEGAL COPIES

# Invoice

| Date | Invoice Number |
|---|---|
| 11/30/2012 | 93139 |

**Bill To:**
Armbrecht, Jackson,
DeMouy & Crowe
1300 Riverview Plaza
Mobile, AL 36601

**Ship To:**
Leigh

| Federal ID# | Terms | Due Date | Client Reference/Number |
|---|---|---|---|
| 63-1254973 | Net 30 | 12/30/2012 | 5499-27 |

| Quanity | Item No. | Description | Unit Price | Amount |
|---|---|---|---|---|
| 7,494 | Imaging | Document Imaging | 0.12 | 899.28T |
| 7,494 | Branding | Document Branding | 0.03 | 224.82T |
| 2 | DVD | Copy of DVD | 18.00 | 36.00T |
|  |  | Sales Tax @ 10% | 10.00% | 116.01 |

*Overtime rosters*
*Scan + Bates-Stamp*
*make 2 CDs*

*471.71 due from each party.*

WWW.PROLEGALCOPIES.COM

Signature _____

| Total | $1,276.11 |
|---|---|
| Balance Due | $1,276.11 |

Exhibit A