IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RORY DAUGHTRY, | * | |
| Plaintiff, | * | |
| VS. | * | CASE NO: 1:11-CV-00153-MHT |
| | * | |
| ARMY FLEET SUPPORT, LLC, et. al. | * | |
| Defendant. | * | |

**AFFIDAVIT OF PLAINTIFF RORY M. DAUGHTRY**

**STATE OF ALABAMA  )**
**COUNTY OF COFFEE  )**

**COMES NOW** the affiant, Rory M. Daughtry, and after being duly sworn according to law, says as follows:

1. I am Rory M. Daughtry, over nineteen (19) years of age, a resident of Elba, Coffee County, Alabama, and I am the Plaintiff in this cause of action.

2. I fail to be gainfully employed. I have been destroyed financially for more than two (2) years. In fact, my residence and dwelling place has been placed under foreclosure notification and I am losing my place to live due to the inability to pay.

3. I consider myself financially destroyed and indigent. In addition, I have health issues and due to my financial inability, I am unable tp purchase all of my required and necessary medications because I am without insurance and because I am indigent.

EXHIBIT A

_____
Rory M. Daughtry


## ACKNOWLEDGMENT

**STATE OF ALABAMA**
**COUNTY OF COFFEE**

Before me, a Notary Public in and for said County and State, personally appeared **Rory M. Daughtry,** who is personally known to me, and who has executed the foregoing, and who acknowledged that the same was true and with full understanding of the effect thereof, he executed the same, voluntarily, for the purposes expressed therein.

**SWORN TO AND SUBSCRIBED** before me this 20 day of March, 2013.

_____
NOTARY PUBLIC

My Commission Expires: 10-18-14

-2-